IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. |
| ) | 07-00094-01-CR-W-DW |
| CRAIG S. HENDERSON, ) | |
| ) | |
| Defendant. ) | |

O R D E R

On April 16, 2007, defendant moved for a judicial determination of mental competency. Defendant was originally found incompetent and was transferred to a medical facility to undergo treatment. On February 11, 2008, the Complex Warden certified that Defendant's competency to stand trial has been restored, and attached a report by Mark Cheltenham, M.D., a psychiatrist, and Carlton Pyant, Ph.D., a psychologist. It is the opinion of Drs. Cheltenham and Pyant that Defendant's competency has been restored and that he is competent to stand trial. During a hearing held before United States Magistrate Judge Robert Larsen on March 7, 2008, Defendant and the government stipulated to the report of Drs. Cheltenham and Pyant.

Therefore, with no objections having been filed and after making an independent review of the record, it is

ORDERED that the Report and Recommendation of Magistrate Judge Robert Larsen is adopted in its entirety, and this Court finds that Defendant is competent to stand trial. It is further

ORDERED that, pursuant to 18 U.S.C. § 3161(h)(1)(A), the time between April 16, 2007, and the date of this order is excluded in computing the time within which the trial of this criminal

action must commence. It is further

ORDERED that this case is set for trial on the joint criminal jury trial docket which will commence April 21, 2008.


Date:   March 17, 2008                              /s/ Dean Whipple
                                                    Dean Whipple
                                                    United States District Judge